**DONGKUK INTERNATIONAL, INC. and Sae–Joo Chang, Appellants**

v.

**United States DEPARTMENT OF JUSTICE, Appellee**

**No. 16-5262**
**September Term, 2016**

United States Court of Appeals,
District of Columbia Circuit.

Filed: 11/08/2016

Mitchell Rand Berger, Joseph Walker, Litigation Counsel, Squire Patton Boggs (US) LLP, Washington, DC, Gabriel Colwell, Esquire, Squire Patton Boggs (US)

**18**

LLP, Los Angeles, CA, for Plaintiffs–Appellants.

Jason Todd Cohen, Esquire, Assistant U.S. Attorney, R. Craig Lawrence, U.S. Attorney's Office (USA), Civil Division, Washington, DC, for Defendant–Appellee.

### ORDER

Per Curiam

Upon consideration of the joint stipulation for dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.